

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-4-2015

# USA v. John Doe

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"USA v. John Doe" (2015). *2015 Decisions*. Paper 957.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/957

This September is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————————

No. 13-4274

———————————

UNITED STATES OF AMERICA

v.

JOHN DOE,
                    Appellant

———————————

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Criminal Action No. 2-02-cr-00191-001)
District Judge: Honorable Donetta W. Ambrose

———————————

Argued January 12, 2015

Before: AMBRO, FUENTES, and ROTH, <u>Circuit Judges</u>

(Opinion filed September 2, 2015)


## <u>ORDER  AMENDING  PRECEDENTIAL  OPINION</u>

IT IS NOW ORDERED that the published Opinion in the above case filed September 2, 2015, be amended as follows:

On page 49, in the first full paragraph, eighth line down, replace the word "Doe" with the word "he" so that the phrase reads:  "as he was convicted in Pennsylvania.)"


By the Court,

<u>s/ Thomas L. Ambro, Circuit Judge</u>

Dated: September 4, 2015

cc: all counsel of record